UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

COLUMBIA MUTUAL INSURANCE COMPANY                    PLAINTIFFS

vs.                                                  Civil Action No. 1:24CV73-GHD-DAS

5566 FURNISHINGS, LLC; AF, LLC;
BENJAMIN C. MOODY; and MERCHANTS
ESOLUTIONS, INC.                                     DEFENDANTS

---

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSENT JUDGMENT AS
TO DEFENDANT MERCHANT ESOLUTIONS, INC.

---

Presently before the Court is the Plaintiff's unopposed Motion for Consent Judgment as to Defendant Merchants eSolutions, Inc. [13]. Given the unopposed nature of the motion, the Court finds that it should be granted.

THEREFORE, it is hereby ORDERED AND ADJUDGED that:

(1) the Plaintiff's unopposed motion for consent judgment as to Defendant Merchants eSolutions, Inc. [13] is GRANTED;

(2) the Court issues a DECLARATION that no coverage exists under the terms of the Columbia Policy numbered BUSINESSOWNERS PHN BO CD 09 20 ("the Columbia Policy") for the claims asserted by Merchants eSolutions in the Complaint filed by Merchants eSolutions in the state court of Fulton County, Georgia, Civil Action No. 24-EV-001320 ("the Complaint");

(3) the Court issues a DECLARATION that the Columbia Policy does not obligate Columbia to provide a defense to Defendants AF, LLC, and Benjamin C. Moody with regard to the Complaint;

(4) the Court issues a DECLARATION that the Columbia Policy does not obligate Columbia to indemnify Defendants 5566 Furnishings, LLC, AF, LLC, and Benjamin C. Moody for any sums or damages awarded to Merchants eSolutions with regard to the Complaint; and

(5) this case is CLOSED.

SO ORDERED THIS the 30th day of September, 2024.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE